**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CARTER VINCENT ANDERSON**                                        **CIVIL ACTION**

**VERSUS**                                                                          **NO. 18-7977**

**DARREL VANNOY, WARDEN**                                      **SECTION: "I" (5)**

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Carter Vincent Anderson, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Carter Vincent Anderson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of May, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**